IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00870-WYD-BNB

DARRYL DAGEN,

    Plaintiff,

v.

CHAIM B. BOOK, Individualy and also in his capacity as Attorney,
MOSKOWITZ & BOOK, LLP, and
JOHN DOE and Others as yet unknown,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 5/9/07

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00870-WYD-BNB

Darryl Dagen
PO Box 3497
Avon, CO 81620

US Marshal Service
Service Clerk
Service forms for: Chaim B. Book, Moskowitz & Book, LLP


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Chaim B. Book, Moskowitz & Book, LLP: COMPLAINT FILED 04/27/07, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 5-11-07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk