IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00870-WYD-BNB

DARRYL DAGEN,

Plaintiff,

v.

CHAIM B. BOOK, individually and also in his capacity as attorney, and
MOSKOWITZ & BOOK, LLP,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Motion for Leave of Court to File Supplemental Reply in Support of Motion to Dismiss** [docket no. 29, filed November 19, 2007] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the defendant Chaim Book's Supplemental Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction

DATED: November 20, 2007