IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00870-WYD-KMT

DARRYL DAGEN,

    Plaintiff,

v.

CHAIM B. BOOK, Individually and also in his capacity as Attorney;
MOSKOWITZ & BOOK, L.L.P.; and
JOHN DOC and others yet unknown,

    Defendants.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Defendant Chaim Book's Motion to Dismiss (docket #10), filed June 22, 2007. The motion was initially referred to Magistrate Judge Boyd N. Boland for a recommendation by Order of Reference dated June 25, 2007. However, on January 9, 2008, the case was reassigned to Magistrate Judge Kathleen M. Tafoya. Magistrate Judge Tafoya issued a Recommendation on February 8, 2008, that the above referenced motion be granted and that this matter be dismissed without prejudice for lack of personal jurisdiction over the Defendants. (Recommendation at 10.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.

(Recommendation at 11-12.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Tafoya is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motion should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Tafoya (docket #38) dated February 8, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that Defendant Chaim Book's Motion to Dismiss (docket #10), filed June 22, 2007, is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over the Defendants.

Dated: February 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge